**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LISA DIAZ,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** |
| | § | **5:19-cv-275 -DAE** |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant** | § | |

**JOINT SCHEDULING RECOMMENDATIONS**

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in accordance with Local Rule CV-88 will be filed by the parties by September 2, 2019.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties no later than September 2, 2019, and each opposing party shall respond, in writing, by September 30, 2019.

3. All motions to amend or supplement pleadings or to join additional parties shall be filed by October 1, 2019.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall **SERVE ON ALL PARTIES BUT NOT FILE the materials required by Fed.R.Civ.P. 26(a)(2)(B)** by September 2, 2019. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits and shall **SERVE ON ALL PARTIES BUT NOT FILE the materials required by Fed.R.Civ.P. 26(a)(2)(B)** by October 16, 2019. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony or within 30 days of the expert's deposition, whichever is later.

6. The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 (ERISA). The proposed administrative record shall be submitted by Defendant to Plaintiff on or before August 19, 2019.

7. Plaintiff shall have until August 30, 2019 to supplement the record by agreement or file objections to the record as proposed by Defendant.

8. The parties shall complete discovery by November 15, 2019. Counsel may be agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained after the discovery deadline.

9. All dispositive motions shall be filed no later than December 16, 2019. Dispositive motions as defined by Local Rule CV-7(c) and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

10. The hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

11. The Court will set the case for trial by separate order.[1] The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

12. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on June 18, 2019 and the parties have agreed as to its contents.

---

[1] This case involves a claim for long-term disability benefits under section 1132(a)(1)(B) of ERISA and therefore the parties are not entitled to a jury trial. Since this case is governed by ERISA, the parties believe this case can be resolved through cross-motions for summary judgment rather than a bench trial.

Respectfully Submitted,

LAW OFFICE OF JEFFREY DAHL

*/s/ Jeffrey E. Dahl*

Jeffrey E. Dahl
State Bar No. 05310900
jdahl@erisaattorneyintexas.com
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
(210) 527-0900
(210) 527-0901 (telecopy)

Attorney for Plaintiff Lisa Diaz

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

*/s/ Iwana Rademaekers (with permission)*

Iwana Rademaekers
State Bar No. 16452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
(469) 444-6456 (telecopy)

Attorneys for Defendant
Liberty Life Assurance Company of Boston

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's ECF system.

*/s/ Jeffrey E. Dahl*