FILED

AUG 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DOJ
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ORDER TO TRANSFER**

It is hereby ORDERED that the following civil cases assigned to the docket of the Honorable David A. Ezra, Senior United States District Judge are hereby **TRANSFERRED** to the docket of the Honorable Jason K. Pulliam, United States District Judge. Pursuant to the Amended Order Assigning the Business of the Court effective August 6, 2019, the Clerk shall credit the case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

| | |
|---|---|
| SA-18-CV-0098 DAE; | Newbury vs. City of Windcrest, Texas |
| SA-18-CV-1109 DAE: | Bowman v. Edifika Investments, LLC et al |
| SA-18-CV-0427 DAE; | Moreno v. Meyer |
| SA-19-CV-0328 DAE; | Valero Marketing and Supply Company v. UNITED STATES OF AMERICA |
| SA-18-CV-0728 DAE; | Star Operations, Inc. v. The Lane Construction Corporation |
| SA-19-CV-0847 DAE; | Federal Insurance Company v. Coral Cay Condominium Council of Co-Owners, Inc. et al |
| SA-18-CV-0220 DAE; | Martinez v. DISA, Inc. et al |
| SA-19-CV-0087 DAE; | RTG LLC v. Fodera |

| | |
|---|---|
| SA-19-CV-0238 DAE; | Cambranis v. Pompeo |
| SA-19-CV-0399 DAE; | Rodriguez v. FCE Benefit Administrators, Inc. |
| SA-19-CV-0439 DAE; | Marin v. Catamount Constructors, Inc. |
| SA-19-CV-0469 DAE; | Frost v Salazar |
| SA-19-CV-0679 DAE; | Singer et al v. WELLS FARGO BANK, N.A. |
| SA-19-CV-0229 DAE; | Holliday et al v. Select Portfolio Servicing, Inc et al |
| SA-18-CV-0990 DAE; | Equal Employment Opportunity Commission v. DH San Antonio Management, LLC et al |
| SA-19-CV-0250 DAE; | San Antonio Housing Development Corporation v. SCDC, LLC et al |
| SA-19-CV-0251 DAE; | Refugio Street Public Facilities Corporation v. SCDC, LLC, et al |
| SA-18-CV-0244 DAE; | Mission Pharmacal Company v. First DataBank, Inc. |
| SA-18-CV-0806 DAE; | Jefferson Street Holdings Intellectual Property LLC v. Tech21 Inc. |
| SA-19-CV-0216 DAE; | Buffets, LLC, et al v. California Franchise Tax Board |
| SA-19-CV-0565 DAE: | Bull Family Trust v. The City of Bulverde et al |
| SA-18-CV-0605 DAE; | Lee v. United States Department of Health and Human Services |

| | |
|---|---|
| SA-18-CV-1056 DAE; | Wilson v. Tessmer Law Firm et al |
| SA-19-CV-0076 DAE: | UNITED STATES OF AMERICA v. Wilson |
| SA-19-CV-0275 DAE; | Diaz v. Liberty Life Assurance Company of Boston |
| SA-19-CV-0446 DAE: | Woods v. Torkelson et al |
| SA-16-CV-1061 DAE; | UNITED STATES OF AMERICA v. Salter et al |
| SA-18-CV-00082 DAE; | Rangel, et al v. Adtalem Global Education, Inc. et al |
| SA-18-CV-0649 DAE; | Lindberg et al v Adtalem Global Education, Inc et al |
| SA-18-CV-0312 DAE; | Castro v. Salinas |
| SA-18-CV-1023 DAE: | Michael Harris v. City of Schertz |
| SA-18-CV-1073 DAE; | Anna Gilbert v. Cavendar Cadillac Company |
| SA-19-CV-0123 DAE; | Koontz McCombs Construction, Ltd. v. Allied World National Assurance Company |
| SA-19-CV-0393 DAE; | Johnson et al v. Northside Independent School District |
| SA-18-CV-1240 DAE: | Texas Refuse, LLC v. Republic Services, Inc, et al. |
| SA-18-CV-1300 DAE; | Mauntel v. Metropolitan Life Insurance Company |
| SA-17-CV-1263 DAE: | William J. "Duke" Harlow v. Reed Hensley and The City of San Antonio |
| SA-18-CV-1261 DAE: | Lee et al v. SSC San Antonio Northgate |

| | |
|---|---|
| | Operating Company LLC |
| SA-19-CV-0062 DAE: | Ellis v. Valero Energy Corp. |
| SA-19-CV-0122 DAE: | Simmons et al v. United States of America |

SIGNED this 12th day of August, 2019.

DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE